◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KENYON NESBITT, Appellant. [913 NYS2d 566]—Appeal by the defendant from an order of the Supreme Court, Queens County (Kron, J.), dated December 8, 2008, which, after a hearing, designated him a level three sex offender pursuant to Correction Law article 6-C.

Ordered that the order is affirmed, without costs or disbursements.

The defendant's contention that he was entitled to a downward departure from his presumptive level three risk assessment is without merit (*see People v Marin*, 48 AD3d 535, 535-536 [2008]; *People v Williams*, 46 AD3d 652 [2007]; *People v Velez*, 38 AD3d 867, 868 [2007]; *People v Williams*, 19 AD3d 388 [2005]). Accordingly, the Supreme Court providently exercised its discretion in designating the defendant a level three sex offender. Rivera, J.P., Dickerson, Lott and Sgroi, JJ., concur.